UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JENNIFER BRIGHT,<br><br>                Plaintiff,<br><br>    v.<br><br>RIVER RUN HOSPITALITY, LLC,<br>d/b/a LE RITZ HOTEL & SUITES and SHAWN GALER,<br><br>                DefendantS. | Case No. 4:15-cv-00549-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney fees.

DATED: **May 24, 2017**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

JUDGMENT - 1